## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FRANK BRETT,

      Plaintiff,

vs.                                                CASE NO. 6:08-CV-433-ORL-19GJK

STATE POLICE, OFFICER SARAH
BAMIANO, OFFICER MASDA,
CANGERMAN & CENTERFIT, DON REID
FORD, CHARLES HOLDEA, SONJA
JARRETT, DARRELL JARRETT, JOHN
DOES 1-2, PERSONAL MINI STORAGE,

      Defendants.

---

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 7, filed April 14, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 7) is **ADOPTED and AFFIRMED.** The Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2, filed March 12, 2007) is **DENIED,** and the Plaintiff's Complaint is **DISMISSED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida, this __14th__ day of May, 2008.

_/s/ Patricia C. Fawsett_

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record